UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDDIE SCOTT,

    Plaintiff,

v.                                           Case No. 5:25-cv-15-TPB-PRL

CRYSTAL BLANTON, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Philip R. Lammens, United States Magistrate Judge, entered on March 11, 2025.  (Doc. 15).  Judge Lammens recommends that Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) be denied, and Plaintiff's complaint (Doc. 1) be dismissed with prejudice.  No objection to the report and recommendation has been filed, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. §

636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Lammens's well-reasoned report and recommendation, the Court adopts the report and recommendation. The motion to proceed *in forma pauperis* is denied, and the complaint is dismissed with prejudice.

**Judges have a duty to stop parties with a demonstrated track record of filing frivolous and duplicative *pro se* cases. Plaintiff is warned that if he continues to file frivolous and/or duplicative cases in this Court, he may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Lammens's report and recommendation (Doc. 15) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is hereby **DENIED**.

(3) The complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

(4)   The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Ocala, Florida, this 1st day of April, 2025.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**